**FILED**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

2011 APR -6  AM 11: 47

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

DENNIS J. NAGLE, *in propria persona*   )
                                          )
    Plaintiff,                            )
                                          )
        v.                                )   Case No. 5:11 CV-156-06-99-TJC-TCM
                                          )
OLIN CORPORATION,                         )
                                          )
    Defendant.                            )
                                          )
                                          )

## NOTICE OF AMENDED COMPLAINT

**COMES NOW**, Dennis J. Nagle, Plaintiff, to inform the Court that the complaint in civil action titled *Nagle v. Olin Corporation*, Case No. 2011-SC-000736, now pending in County Court, Lake County, Florida (the "state court action") has been amended.

1. On February 24, 2011, Plaintiff filed the state court action.

2. On March 21, 2011, Defendant mailed to Plaintiff a copy of a Notice of Removal filed with this Court.

3. On March 28, 2011, Plaintiff filed an amended complaint (Exhibit "1") in the state court action eliminating claims for which the United States District Court has original jurisdiction.

**WHEREFORE**, Plaintiff opposes issuance of an order removing the state court action from the County Court of Lake County, Florida to this Court.

Respectfully submitted,

_____
Dennis Nagle, in propia persona
c/o 18190 U.S. Highway 441 #126
Mt. Dora, FL 32757
Telephone: (407) 462-0439

# EXHIBIT 1

COUNTY COURT, LAKE COUNTY, FLORIDA

DENNIS J. NAGLE, *in propria persona*,
18950 US Highway 441 #126
Mt. Dora, Florida 32757-6736

        Plaintiff,        Case No.: 2011-SC-000736

vs.

OLIN CORPORATION,
   c/o CT Corporation System
   1200 S. Pine Island Road
   Plantation, FL 33324

        Defendant
_____/

## AMENDED STATEMENT OF CLAIM

The above named Plaintiff sues the above named Defendant for:

1. This is an action for damages of less than $5,000.00 exclusive of costs, interest and attorney's fees. The Lake County Florida Small Claims Court has jurisdiction in this matter which is a case for money due and owing and payable in Lake County.

2. Plaintiff is an individual residing in Lake County, Florida representing himself without the aid of an attorney.

3. Defendant is a Virginia corporation with principal mailing address at 190 Carondelet Plaza, Suite 1530, Clayton, Missouri 63105.

4. Defendant manages a pension fund on behalf of its retirees and the fund is managed at 88 Danbury Road, Suite 2C, Wilton, Connecticut 06897-4423.

5. Defendant is an active business entity in the State of Florida. The registered agent is CT Corporation system with mailing address 1200 S. Pine Island Road, Plantation, Florida 33324.

6. Plaintiff was an employee of Defendant from April, 1977 to March, 1991 and earned a pension benefit from Defendant under a defined benefit plan. (Exhibit "A")

7. On December 9, 2010, Defendant notified Plaintiff (Exhibit "B") of its intention to convert Plaintiff's future pension payments and divert them to the Internal Revenue Service.

8. Plaintiff alleges that Defendant used a non-negotiable instrument, Notice of Levy (Exhibit "C"), to garnish Plaintiff's salary on behalf of the Internal Revenue Service. There is no court order to establish an actual levy (negotiable instrument) as required by statute 26 U.S.C §7403.

9. Defendant is liable to Plaintiff for property mistakenly surrendered to the United States Treasury per statute 26 U.S.C §301.6332-1(c).

10. To date, Defendant has converted three of Plaintiff's monthly pension payments totaling $2637.81. These payments were payable to Plaintiff in December, 2010 and February, 2011.

## CLAIM FOR RELIEF

11. Plaintiff has been damaged in the amount of $2637.81.

12. Plaintiff has had to incur costs of $359.08 to bring this action.

**WHEREFORE**, Plaintiff prays for relief as follows:

1. For current damages of $2637.81 plus any future pension payments not paid to Plaintiff by Defendant during the course of this action.
2. For an award of interest.
3. For an award of costs to bring this action.
4. For an order to Olin Corporation to resume pension payments to Plaintiff.
5. For such other and further relief as the Court deems just and proper.

Filing Fee:    $175.00
Service Fee:   $5.54 for service by certified mail

STATE OF FLORIDA    }
                    } §
COUNTY OF LAKE      }

      The undersigned, being by me first duly sworn, says that he is the Plaintiff and that the foregoing is a just and true statement of the amount owing by the above names Defendant to said Plaintiff, exclusive of all set-offs and just grounds for defense. Plaintiff states that the suit initiated by the foregoing statement of claim is brought in good faith and with no intention to annoy the above named Defendant; and further, says that the Defendant is not in the military service of the United States.

_____
Signature of Plaintiff

Sworn to and subscribed before me by Dennis J. Nagle who is personally known to me or produced his driver's license as identification on this 28th day of March, 2011.

_____
Signature of Notary Public
My Commission Expires: 06/24/2013

DIANE HAGE
Comm# DD0902315
Expires 6/24/2013
Florida Notary Assn., Inc



88 Danbury Road, Suite 2C, Wilton, CT 06897-4423

PENSION DEPARTMENT
Phone: 1 (800) 332-6546
email: Pension@olin.com

## RETIREMENT LETTER

October 18, 2007

Mr. Dennis J Nagle
252 Ardice Ave #414
Eustis, FL 32726

SS#

Dear Mr. Nagle:

Your application for retirement effective October 1, 2007 has been received and approved. You have elected a payment option intended to provide you with approximately the same income each year both before and after your Social Security benefit begins. Accordingly, your pension has been adjusted to provide you with an increased pension benefit before age 62 and a reduced benefit thereafter.

A monthly pension benefit in the amount of $879.27 has been authorized for payment to you through age 62. Beginning the month after you obtain age 62, your monthly pension benefit will be $0.00. Pension benefits will cease upon your death.

Monthly benefit checks are mailed at the end of each month. If you have any questions concerning this benefit or if you change your address, please contact the Corporate Pension Department at the above address.

Best wishes in your retirement.

Sincerely,

ADMINISTRATIVE PENSION COMMITTEE

By *[signature]*

# EXHIBIT "A"

O L I N   C O R P O R A T I O N



N. Danbury Road, Suite 2C, Wilton, CT 06897-4423

PENSION DEPARTMENT
Phone: 1 (800) 332-6536
email: Pension@olin.com

December 9, 2010

Mr. Dennis J Nagle
18950 US Highway 441, #126
Mt. Dora, FL 32752

SS#[redacted]

Dear Mr. Nagle:

This letter is confirmation that effective December 1, 2010, your monthly pension check will be made payable to the US Treasury Department and mailed to the IRS.

As you know, when you retired in 2007, you elected the 62 level option with payments terminating on 9/30/2014. The IRS will be receiving these payments for the remainder of this time period.

If you have any questions, please contact Frank Siino @ the IRS. His phone # is (702) 868-5376.

Sincerely,

Denise Lockwood, Manager
Pension Department

cc:   Frank Siino – Internal Revenue Service



**EXHIBIT "B"**

| Form 668-W(ICS) (Rev. July 2002) | Department of the Treasury – Internal Revenue Service<br>**Notice of Levy on Wages, Salary, and Other Income** |
|---|---|

DATE: 11/02/2010
REPLY TO: Internal Revenue Service
FRANK A SIINO
110 CITY PARKWAY
MS: 5209 - LVG
LAS VEGAS, NV 89106

TO: US NUTRACEUTICALS LLC
2751 NUTRA LANE
EUSTIS, FL 32726

TELEPHONE NUMBER
OF IRS OFFICE: (702)868-5376

NAME AND ADDRESS OF TAXPAYER:
DENNIS J NAGLE
848 N RAINBOW BLVD # 730
LAS VEGAS, NV 89107-1103

IDENTIFYING NUMBER(S): ████████

NAGL

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2001 | $30,434.72 | $16,368.10 | $46,802.82 |
| 1040 | 12/31/2002 | $14,510.10 | $6,876.55 | $21,386.65 |
| 1040 | 12/31/2003 | $7,794.02 | $3,236.47 | $11,030.49 |
| 1040 | 12/31/2005 | $23,731.75 | $1,915.85 | $25,647.60 |
| 1040 | 12/31/2006 | $42,731.51 | $3,332.34 | $46,063.85 |
| | | | Total Amount Due ⇒ | $150,931.41 |

We figured the interest and late payment penalty to **12/02/2010**

**THIS ISN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.**

The Internal Revenue Code provides that there is a lien for the amount shown above. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us: (1) this taxpayer's wages and salary that have been earned but not paid, as well as wages and salary earned in the future until this levy is released, and (2) this taxpayer's other income that you have now or for which you are obligated.

We levy this money to the extent it isn't exempt, as shown in the instructions. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions.

If you don't owe money to this taxpayer, please call us at the telephone number at the top of this form. Instead of calling us you may complete the back of Part 3, attach it as a cover to the rest of this form, and return all parts to IRS in the enclosed envelope.

If you do owe money to this taxpayer, please see the back of this page for instructions on how to act on this notice.

| Signature of Service Representative<br>**FRANK A SIINO**  | Title<br>**REVENUE OFFICER** |
|---|---|

Part 1 –   For Employer or other Addressee     Catalog No. 35390F                                    Form **668-W(ICS)** (7-2002)

# EXHIBIT "C"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| DENNIS J. NAGLE, *in propria persona* )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OLIN CORPORATION, )<br>)<br>Defendant. )<br>)<br>) | Case No. 5:11 CV-156-06-99-TJC-TCM |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Amended Complaint was sent on the 28th day of March, 2011, by mailing a copy of the same via first class mail to the following person:

Rishi Bagga
Bagga Law, LLC
37 N. Orange Ave., Suite 500
Orlando, Florida 32801

 

Dennis Nagle
c/o 18950 US Highway 441 #126
Mt. Dora, FL 32757-6736
Telephone: (407) 462-0439